HANLEY, Administrator, Respondent, vs. PETERS, Appellant.

For the appellant: *Hill & Miller* and *Robert F. Holmes,* all of Baraboo.

For the respondent: *Grady, Farnsworth & Walker* of Portage.

*By the Court.*—Judgment affirmed.

*April 5, 1932.*

BOCK, Respondent, vs. DEAN, Appellant.

For the appellant: *Sanborn, Blake & Aberg* and *Ernest H. Pett,* all of Madison, and *Charles Voigt* of Sheboygan.

For the respondent: *David Rabinovitz* and *H. S. Humke,* both of Sheboygan.

*By the Court.*—Judgment affirmed.

GRIMM, Respondent, vs. CHATT, Appellant.

For the appellant: *Perry & Perry* of Black River Falls.

For the respondent: *Donovan & Gleiss* of Tomah.

*By the Court.*—Judgment affirmed.